# United States District Court
## Eastern District of Wisconsin

**JILL A. WHITCOMB,**

        Plaintiff,

        v.

**ERIC D. HARGAN,**

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **17-CV-14**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Secretary's decision is **REVERSED.**

    **IT IS FURTHER ORDERED** that this action is **REMANDED** to the Secretary pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with instruction to authorize Secure Horizons to provide coverage for Ms. Whitcomb's continuous glucose monitoring system.

        Approved:   *s/ David E. Jones*
                                DAVID E. JONES
                                United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 1st day of November, 2017.

        STEPHEN C. DRIES
        Clerk of Court

        *s/* K. Hubacz
        (By) Deputy Clerk