# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

November 15, 2017

Lisa T Warwick
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202

Re: **Whitcomb v. Hargen**
**Case No. 17-CV-14**

Dear Counsel :

Today, I received the plaintiff's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking defendant to advise me in writing on or before **November 29, 2017** whether there are objections to any of the costs.

If there are no objections to the proposed costs, defendant should promptly notify the court in writing, with a copy to opposing counsel.

If defendant does file an objection, it should be accompanied by a brief memorandum. Plaintiff will have until **December 6, 2017** to file a response and any reply by defendant should be filed on or before **December 13, 2017**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

By: s/K. Hubacz
Deputy Clerk