797998.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JILL A. WHITCOMB,

                    Plaintiff,

            v.                                    Case No. 17-CV-14

ERIC D. HARGAN,
Acting Secretary of the U.S. Department of Health
and Social Services,

                    Defendant.

## DECLARATION OF DEBRA M. PARRISH

Debra M. Parrish, declares, pursuant to 28 U.S.C. §1746 and under penalty of perjury, that the following is true and correct based upon my personal knowledge and belief:

1.      I am co-counsel for the Plaintiff.  I am a partner at Debra M. Parrish, PC.

2.      I am an attorney admitted to the practice of law in the Commonwealth of Pennsylvania, the District of Columbia, the State of Florida, the State of North Carolina, the Eleventh Circuit, the Ninth Circuit, the Patent Bar, and before this Honorable Court.

3.      I have a degree in biomedical engineering and a law degree from Duke University.

4.      I am a member of the American Health Lawyers Association, the National Association of College and University Attorneys, the Council of Science Editors and Society for Research Administrators.  I have given presentations to each of these groups.

{Client Documents/230394/000/00046481.DOC}

797998.1

5.      I previously worked as a government attorney with the Department of Health and Human Services, Office of Research Integrity.  I have been representing Medicare beneficiaries since 1995.  I have participated in hundreds of Administrative Law Judge hearings in the Medicare appeals process.

6.      The other attorneys from my firm that worked on this case have a minimum of 10 years of federal court litigation or Medicare appeals experience.

7.      My current regular hourly rate charged to paying clients is $525 per hour.  During the pendency of the above matter, my hourly rate ranged from $500 per hour to $525 per hour. The rate of the other attorneys assigned to this matter ranged from was $295 per hour to $495. The rate of the paralegal assigned to this matter was $155 per hour.

8.      The hourly rate charged by me and the other members of the firm are reasonable fees.  My hourly rate is less than or equal to the rate of partners of similar education, experience and specialized practice, many of whom charge hourly rates of at least $650.  Very few lawyers have an understanding of new medical technology and experience and expertise in the Medicare appeals process.  I have clients across the country.

9.      We maintain timesheets and from those timesheets, bills are prepared and submitted to our clients including the client in this case.

10.     Atty. Pledl and I consulted frequently by telephone to coordinate our activities and ensure that there was no duplication of services.

11.     I have exercised billing judgment in the preparation of the statement for services in this case by eliminating time for tasks that are not normally billed to paying clients.

797998.1

12.     Attached is a detailed itemization of the services performed by Debra M. Parrish, PC in the prosecution of the litigation for the benefit of the Plaintiff.  That itemization sets forth the date, description of services rendered, the attorney and paralegals who rendered those services, the time that was expended for those services, the hourly rate and the total costs for those services.  The total cost to the client for fees and costs is $52,301.60.

13.     The services listed on the attached billing statement and the time incurred, were reasonable and necessary to prosecute this action.

Date: November 29, 2017

/s/ Debra M. Parrish

_____

Debra M. Parrish