UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JILL A. WHITCOMB,

    Plaintiff,

v.                                        Case No. 17-CV-14

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

    Defendant.

## NOTICE OF SUBSEQUENT AUTHORITY

Plaintiff Jill A. Whitcomb files this notice of subsequent authority to bring to the Court's attention decisions issued on January 29, 2018, by the United States District Court for the District of Vermont in *Bloom v. Azar*, Case No. 16-cv-121. [Exhibit 1] and on April 5, 2018, by the United States District Court for the District of Massachusetts in *Lewis v. Azar*, Case No. 15-cv-13530 [Exhibit 2]. While Ms. Whitcomb disagrees with some aspects of the *Bloom* decision, both courts reached the same conclusion as this court on the core issue of whether a CGM qualifies as DME and is, therefore, covered by Medicare. *Bloom*, at 15-22; *Lewis*, at 7-9. It is also noteworthy that through April 5, 2018, the Secretary continued to take the position that a CGM is not durable medical equipment. *Id.* at 2.

Date: April 9, 2018                Respectfully submitted,

                                                  PARRISH LAW OFFICES
                                                  Attorneys for Plaintiff

                                                  /s/ Debra Parrish

                                                  By: Debra Parrish

By: James Pistorino
788 Washington Road
Pittsburgh, PA  15228
TEL    412-561-6250
FAX    412-561-6253
Email  Debbie@dparrishlaw.com
Email  James@dparrishlaw.com

MCNALLY PETERSON, S.C.
Attorneys for Plaintiff

/s/ Robert Theine Pledl

_____
By: Robert Theine Pledl
1233 North Mayfair Road - Suite 200
Milwaukee, WI  53226
TEL    414-257-3399
FAX    414-257-3223
Email  rpledl@mcpetelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2018, I, Robert Theine Pledl of McNally Peterson, S.C. electronically filed a Notice of Subsequent Authority with Exhibits attached, using the Eastern District of Wisconsin ECF system which will automatically send email notification of such filing to counsel of record for Defendant.

McNALLY PETERSON, S.C.
Attorneys for Plaintiff

/s/ Robert Theine Pledl

_____
By:  Robert Theine Pledl
1233 North Mayfair Road
Suite 200
Milwaukee, WI  53226
Telephone:    414-257-3399
Facsimile:    414-257-3223
Email: rpledl@mcpetelaw.com