UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JILL A. WHITCOMB,

           Plaintiff,

v.                                                       Case No. 17-CV-14

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

           Defendant.

## NOTICE OF SUBSEQUENT AUTHORITY

Plaintiff Jill A. Whitcomb files this notice of subsequent authority to bring to the Court's attention decisions issued by the Medicare Appeals Council on May 11, 2018, and May 18, 2018. *See In re: N.S.*, M-17-8596 (May 11, 2018) (Exhibit #1 at 2) and *In re: J.B.*, M-18-1749 (May 18, 2018) (Exhibit #2 at 10). As shown there, the Secretary continues to deny CGM claims on the grounds that a CGM is "precautionary" even with full knowledge of this Court's decision finding that position "unreasonable" and "arbitrary and capricious." Thus, more than 6 months after this Court's decision, the Secretary continues to deny CGM coverage based on the claim that a CGM is not "primarily and customarily used for a medical purpose."

As noted in Ms. Whitcomb's opening papers on fees, one purpose of an EAJA award is to deter the government from advancing unreasonable positions. *See* Dkt. #28 at 4. The Secretary's continued defiance demonstrates that an EAJA award in this case is necessary to potentially deter the Secretary.

Date:  June 5, 2018                    Respectfully submitted,

                                       PARRISH LAW OFFICES
                                       Attorneys for Plaintiff

                                       /s/ Debra Parrish
                                       _____
                                       By: Debra Parrish
                                       By: James Pistorino
                                       788 Washington Road
                                       Pittsburgh, PA  15228
                                       TEL    412-561-6250
                                       FAX    412-561-6253
                                       Email  Debbie@dparrishlaw.com
                                       Email  James@dparrishlaw.com


                                       MCNALLY PETERSON, S.C.
                                       Attorneys for Plaintiff

                                       /s/ Robert Theine Pledl
                                       _____
                                       By: Robert Theine Pledl
                                       1233 North Mayfair Road - Suite 200
                                       Milwaukee, WI  53226
                                       TEL    414-257-3399
                                       FAX    414-257-3223
                                       Email  rpledl@mcpetelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2018, I electronically filed Plaintiff's NOTICE OF SUBSEQUENT AUTHORITY using the Eastern District of Wisconsin ECF system which will automatically send email notification of such filing to counsel of record for Defendant:

Date: June 5, 2018

/s/ Robert Theine Pledl

---

Robert Theine Pledl